**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-1903**

———————

PAMELA G. CLAPP,

                                        Plaintiff - Appellant,

        versus

JOHN E. POTTER, Postmaster General of the
United States Postal Service,

                                        Defendant - Appellee.

———————

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  N. Carlton Tilley, Jr.,
District Judge.  (1:06-cv-01070-NCT)

———————

Submitted:  January 18, 2008        Decided:  February 5, 2008

———————

Before MICHAEL, MOTZ, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Pamela G. Clapp, Appellant Pro Se.  Joan Brodish Binkley, OFFICE OF
THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pamela G. Clapp appeals the district court's order dismissing her complaint alleging discrimination and retaliation under Title VII of the Civil Rights Act, the Age Discrimination in Employment Act, and the Americans with Disabilities Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Clapp v. Potter, No. 1:06-cv-01070-NCT (M.D.N.C. Aug. 9, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED